389 A.2d 202

Commonwealth v. Stewart, Appellant.

Argued  September  13,  1977.

586

Rudolph S. Pallastrone, for appellant; Shelley Robins New, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.